IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-01300-WYD-KMT

THE UNITED STATES OF AMERICA for the use and benefit of GENERAL SUPPLY & SERVICES, INC., a Delaware corporation d/b/a Gexpro, f/k/a GE SUPPLY,

  Plaintiff,

v.

FACILITY DEFENSE CONSULTANTS, INC, a Missouri corporation d/b/a Hanke Constructors;
SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation;
NICHOLAS OLTMANS, an individual;
ROBERT R. FOWLER, an individual,

  Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation for Dismissal filed July 28, 2011.  The Stipulation seeks a dismissal of the claims against Defendants Facility Defense Consultants, Inc., doing business as Hanke Constructors, and Safeco Insurance Company of America with prejudice.  The Stipulation seeks a dismissal of the claims against Defendants Nicholas Oltmans and Robert R. Fowler without prejudice.  After a careful review of the Stipulation and the file, I conclude that the Stipulation should be approved and the case dismissed.  Accordingly, it is

ORDERED that the Stipulation for Dismissal (ECF No. 13) is **APPROVED**.  In accordance therewith, it is

ORDERED that Plaintiff's claims against Defendants Facility Defense Consultants, Inc., doing business as Hanke Constructors, and Safeco Insurance Company of America are **DISMISSED WITH PREJUDICE.** Plaintiff's claims against Defendants Nicholas Oltmans and Robert R. Fowler are **DISMISSED WITHOUT PREJUDICE**. Each party shall pay his or its own attorneys' fees and costs.

Dated: August 8, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge